UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

AMERICAN DAIRY QUEEN
CORPORATION,

          Plaintiff,

   v.

UNIVERSAL INVESTMENT
CORPORATION,

          Defendant.

ORDER

16-cv-323-wmc

---

The court having been advised by counsel that the above-entitled action has been settled, this case is hereby dismissed without prejudice. Any party may move to reopen to dismiss with prejudice or for good cause shown.

Entered this 21st day of September, 2017.

BY THE COURT:

/s/

_____
William M. Conley
District Judge